Sweeney *v.* Pittsburgh, Appellant.

Noftz *v.* Pittsburgh, Appellant.

Argued September 29, 1943. Before MAXEY, C. J., LINN, STERN, PATTERSON and STEARNE, JJ.

”.

*Thomas E. Barton,* Assistant City Solicitor, with him *Anne X. Alpern,* City Solicitor, for appellant.

*John Wirtzman,* for appellees, was not heard.

PER CURIAM, October 15, 1943:
The judgment is affirmed on the opinion of Judge PATTERSON of the Court below.